# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DE KARLEN,<br><br>      Plaintiff,<br><br>   v.<br><br>PAUL HENRY ABRAM,<br><br>      Defendant. | 1:09-cv-00799 LJO GSA<br><br>ORDER REGARDING STIPULATION FOR EXTENSION OF NOTICE OF DISMISSAL<br><br>(Doc. 9) |

    On August 12, 2009, the parties filed a Stipulation and Proposed Order for Extension of Notice of Dismissal with the Court (Doc. 9), seeking an extension of thirty days, through and including September 16, 2009, within which to file dismissal documents.  The parties indicated the additional time is necessary to prepare a final settlement agreement.

    In light of the foregoing, the stipulation is approved.  However, the parties are cautioned that further requests for continuances will not be granted.  The appropriate papers to dismiss or conclude this action in its entirety shall be filed no later than September 16, 2009.

IT IS SO ORDERED.

**Dated:   August 13, 2009**　　　　　　　　　　／s/ Lawrence J. O'Neill  
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE