# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DE KARLAN | CASE NO. CV F 09-0799 LJO GSA |
| Plaintiff, | **ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED** |
| vs. | |
| PAUL HENRY ABRAM | |
| Defendants. / | |

This Court's August 13, 2009 order granted the plaintiff a continuance to file appropriate papers to dismiss or conclude this action in its entirety, to no later than September 16, 2009. Plaintiff has not filed a Dismissal pursuant to F.R.Civ.P. 41(a)(1). On the basis of good cause, this Court ORDERS plaintiff, no later than September 30, 2009, to show good cause in writing why this Court should not impose monetary or other sanctions against plaintiff and/or counsel for failure to comply with the August 13, 2009 order and F.R.Civ.P. 41(a)(1). This order to show cause will be discharged if, no later than September 29, 2009, plaintiff files appropriate papers to dismiss this action and to comply with F.R.Civ.P. 41(a)(1). This Court ADMONISHES counsel that they are expected to observe and comply with the Federal Rules of Civil Procedure and this Court's Local Rules.

IT IS SO ORDERED.

**Dated:   September 17, 2009**          /s/ Lawrence J. O'Neill
                                                                            UNITED STATES DISTRICT JUDGE

1