UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DE KARLEN | CASE NO. CV F 09-0799 LJO GSA |
| Plaintiffs, | **ORDER TO DISMISS AND CLOSE** |
| vs. | |
| PAUL HENRY ABRAM, | |
| Defendant. / | |

On September 17, 2009, Plaintiff filed a notice of voluntary dismissal in the above-titled action. Pursuant to Fed. R. Civ. P. 41(a), this action is DISMISSED. All dates, including the September 30, 2009 Order to Show Cause, are VACATED. The clerk is directed to CLOSE to action.

IT IS SO ORDERED.

**Dated:   September 18, 2009**          /s/ Lawrence J. O'Neill
                                      UNITED STATES DISTRICT JUDGE